MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KIRSTIN M. AULT (CABN 206052)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-6940
   Fax: (415) 436-7234
   E-Mail: kirstin.ault@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0642 RS |
|     Plaintiff, ) | |
| v. ) | **MOTION FOR ARREST WARRANT** |
| STEVEN PAUL, ) | |
|     Defendant. ) | |

    The United States hereby requests pursuant to Federal Rule of Criminal Procedure 9 that the Court issue an arrest warrant for the defendant in the above-captioned matter.  On August 31, 2010, a grand jury sitting in this district returned an indictment against the defendant charging him with various offenses related to his involvement in the illegal distribution of controlled substances.  On September 9, 2010, the Court issued an Order directing the Clerk of the Court to issue a summons directing the defendant to appear before the Honorable Bernard Zimmerman, Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102, on Wednesday, September 22, at 10:00 a.m.

    Counsel for the United States provided a copy of the summons and indictment to defendant's counsel of record David Dudley on or about September 9, 2010.  *See* Declaration of

1  Kirstin M. Ault ("Ault Decl.") ¶ 2, Ex. 1.  On September 13, 2010, counsel for the United States
2  spoke with Mr. Dudley, who stated that he had forwarded the summons and indictment to the
3  defendant but that he did not know if he would be representing Mr. Paul in the charged case.  *Id*.
4  ¶ 4.  On September 21, 2010, Mr. Dudley left a message for counsel for the United States stating
5  that he had not been retained to represent the defendant and that he had been unable to contact
6  the defendant despite repeated efforts to do so.  *Id*. ¶ 5.  Mr. Dudley further stated that he
7  expected the defendant to appear in court the following day but that the defendant may need to
8  have counsel appointed.  *Id*.   The defendant failed to appear as directed.

The United States respectfully requests that a no bail warrant be issued for the defendant's arrest.

DATED: September 23, 2010

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s

_____
KIRSTIN M. AULT
Assistant United States Attorney



DATED:  September 23, 2010

Motion is GRANTED.
No bail warrant for Mr. Paul
shall issue.

MOTION FOR SUMMONS
CR 10-0642 RS                                    2